■ TRANSCONTINENT RECORD SALES, INC., Respondent, v AAA TRUCKING CORPORATION, Appellant. — Judgment unanimously affirmed, with costs, for the reasons stated in the opinion at Special Term, Ostrowski, J. (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J. — summary judgment.) Present — Dillon, P. J., Hancock, Jr., Callahan, O'Donnell and Moule, JJ.